**Andrew S. Moses, OSB No. 983009**
amoses@gordon-polscer.com
**Chad D. Fuss, OSB No. 222671**
cfuss@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:     (503) 242-2922
Facsimile:      (503) 242-1264

*Attorneys for Plaintiff*
*Zurich American Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHRISTOPHER MINKLER, an individual, and M.M., a minor by and through her father Anthony Christopher Minkler,<br><br>Defendant. | Case No. 3:23-cv-00522-JR<br><br>ORDER FOR DISMISSAL OF THE CASE WITHOUT PREJUDICE |

    **I.   FACTS**

On April 10, 2023, Zurich American Insurance Company ("Zurich") filed its Interpleader Complaint in the United States District Court of Oregon, Portland Division. (Doc. No. 1). The Complaint sought an appointment of a guardian for the minor M.M. and to deposit life insurance proceeds into an account for the benefit of M.M. (*Id*.)

ORDER FOR DISMISSAL OF THE CASE WITHOUT PREJUDICE      Page 1

On May 27, 2023, Anthony Minkler and M.M., a minor, were served with the Summons and Complaint. (Doc. No. 6).

Neither Mr. Minkler nor a representative for M.M. responded to the Complaint or made an appearance in this action.

From October 24, 2023 to mid-November, 2023, counsel for Zurich attempted phone calls to Mr. Minkler. Mr. Minkler has not responded to emails or phone calls.

Given that Mr. Minkler will not make an appearance in the Court, it appears Zurich's only option is to leave this claim file open until M.M. reaches 18 years of age and then it will pay the life insurance benefits directly to M.M. Because Zurich does not have the ability to deposit the money into an account in M.M.'s name, it does not have the ability to account for interest on the funds that may have accrued if the money were deposited in a savings account at a financial institution.

Due to Mr. Minkler and/or a representative for M.M. failing to appear in this action, Zurich hereby dismisses this action without prejudice.

## II.    ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED this   26th   day of January, 2024.

                                      /s/ Michael H. Simon
                                      U.S. DISTRICT COURT JUDGE

Respectfully Submitted:
GORDON & POLSCER L.L.C.
By: *s/ Chad D. Fuss, Esq.*
Chad D. Fuss, OSB No. 222671
cfuss@gordon-polscer.com
*Attorneys for Plaintiff*
*Zurich American Insurance Company*